**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**ANDRES RODRIGUEZ,**

    **Plaintiff,**

**v.**                                                   **Case No. 3:16cv253-LC-CJK**

**UNKNOWN MEDICAL STAFF AT**
**TALLAHASSEE MEMORIAL HOSPITAL,**
**UNKNOWN MEDICAL STAFF AT**
**CENTURION HEALTHCARE PROVIDER,**
**and JULIE JONES, SECRETARY OF THE**
**FLORIDA DEPARTMENT OF**
**CORRECTIONS,**

    **Defendants.**
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated February 5, 2018 (doc. 20). Plaintiff has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Plaintiff's claims against Tallahassee Memorial Hospital and Julie Jones are DISMISSED WITHOUT PREJUDICE pursuant to 28 U.S.C. § 1915(e)(2)(B) for plaintiff's failure to state a claim upon which relief can be granted.

3. The clerk of court shall update the docket to reflect the sole remaining defendant, Unknown Medical Staff at Centurion Health Care Provider.

**DONE AND ORDERED** this 8th day of March, 2018.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**