UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANDRES RODRIGUEZ,

    Plaintiff,

v.                                         Case No. 3:16cv253-LC-HTC

UNKNOWN DOCTORS UNDER
CONTRACT WITH FLORIDA
DEPT. OF CORRECTIONS, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated August 5, 2019 (doc. 44). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant Centurion of Florida, LLC's Motion to Dismiss (doc. 41) is **GRANTED**.

3. This case is **DISMISSED WITHOUT PREJUDICE** due to Plaintiff's failure to exhaust his administrative remedies and failure to prosecute this action.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 6th day of September, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**